IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL T. SMART, ) | |
| ) | |
| Petitioner, ) | |
| ) | 1:13CV857 |
| v. ) | |
| ) | |
| MR. ROY COOPER, ) | |
| ) | |
| Respondent. ) | |

## ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE

This matter comes before the Court *sua sponte*. Petitioner initiated this action by filing a petition for Writ of Habeas Corpus on September 27, 2013. (Docket Entry 2.) On October 4, 2013, the Court ordered this action be filed, but stayed for sixty days to allow Petitioner time to pay the initial filing fee, or to submit an application to proceed *in forma pauperis* and to exhaust his state court remedies. (Docket Entry 3). Petitioner was given additional extensions of time to exhaust his state court remedies and to notify the Court of such. (Docket Entries dated 02/18/2014, 04/21/2014.) By Order dated July 9, 2014, the undersigned gave notice to Petitioner of his failure to comply with a previous Court order to submit to the Court his efforts to exhaust his state court remedies. (Docket Entry 7.) Petitioner was given ten days to comply with the order. (*Id.*) The order also forewarned Petitioner that this action may be dismissed without further notification for failing to comply with the order. (*Id.*)

To date, Petitioner has not complied with the previous Court order in that he failed to submit notification of his efforts to exhaust state court remedies or an additional request for an extension of time.

IT IS THEREFORE ORDERED that the previously ordered stay is lifted. IT IS THEREFORE RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE.

/s/ Joe L. Webster
Joe L. Webster
United States Magistrate Judge

August 11, 2014
Durham, North Carolina

2